IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY D. SELLNOW,

        Petitioner,                         JUDGMENT IN A CIVIL CASE

v.                                       Case No. 18-cv-771-jdp

BROWYN M. BALDWIN, BRIAN
HAYES, and STEPHEN C. BAUER,

        Respondents.

This action came for consideration before the court with District Judge James D. Peterson  presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Larry Sellnow's petition for a writ of habeas corpus under 28 U.S.C. §2254 without prejudice to Sellnow's refiling it after exhausting his state court remedies.

/s/                                      6/19/2018

Peter Oppeneer, Clerk of Court                 Date